## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS and ONE (1) DAY.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
Defendant shall participate in the Inmate Financial Responsibility Program for payment of Court imposed monetary penalties.
Defendant shall be designated to a facility close to Roanoke, Virginia.

__ The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district:

__ At ____ On ____.
__ As notified by the United States Marshal.

__X__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

__ Before 2 pm on .
__X__ as notified by the United States Marshal.
__ As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

Defendant delivered on 3-28-07 To FCI MORGANTOWN, WV

At _____, with a certified copy of this Judgment.

O. GUTIERREZ, WARDEN

~~United States Marshal~~

FOR: By B. Callahan, VSO
~~Deputy Marshal~~

FILED
CHARLOTTE, N. C.

APR 0 9 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.